# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 06-3582/06-3808

_____

United States of America,          *
                                   *
              Appellee,            *
                                   *     Appeals from the United States
       v.                          *     District Court for the Western
                                   *     District of Missouri.
Terry Keith Wendt,                 *
                                   *          [UNPUBLISHED]
              Appellant.           *


_____

Submitted: March 13, 2007
Filed: March 20, 2007

_____

Before COLLOTON, BEAM, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Terry Keith Wendt appeals the district court's[1] denial of his motion to suppress evidence. Upon denial of the motion, Wendt entered a conditional plea of guilty to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). After conviction, Wendt was further charged with, and pleaded guilty to, violation of supervised release due to possession of a firearm. Wendt also appeals that conviction, arguing that the improper denial of his motion to suppress led to both of

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

his convictions. Having carefully reviewed the record, we conclude that denying the motion to suppress was proper for the reasons stated in the district court's well-reasoned opinion and order. Accordingly, we affirm. <u>See</u> 8th Circuit Rule 47B.

_____